Ruth Johnson, Appellant, v. G. Elias & Brother, Incorporated, Respondent.— Judgment and orders affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

Irene Conley, Respondent, v. American Railway Express Company, John Benson, Agent, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Wolcott Motor Company, Incorporated, Appellant, v. Conrad Walther, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Theodore Schaeffer and Another, Appellants, v. Indemnity Insurance Company of North America, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

The People of the State of New York ex rel. Alfred C. Swart and Others, Appellants, v. The Board of Trustees of the Village of Lakewood, New York, Respondent.— Order so far as appealed from affirmed, with costs. All concur.— Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

Traders Feed and Grain Company, Incorporated, Appellant, v. Buffalo Haynes Company, Incorporated, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

Edward N. Wilkes, Appellant, v. LaClede Manufacturing Company and Others, Respondents. Edward N. Wilkes & Company, Incorporated, Appellant, v. LaClede Manufacturing Company and Others, Respondents.— Judgment and order affirmed, with costs. All concur, except Sears, J., not voting. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

Ralph J. Quale, Appellant, v. Charles McDaniels and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

The Marine Trust Company of Buffalo, Respondent, v. Nuway Devices, Incorporated, and Others, Respondents. Richard L. Mather, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

Buffalo Builders Supply Company, Respondent, v. Menno A. Reeb, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

Maude Mose and Another, as Administrators, etc., of Edwin C. Tensler, Deceased, Appellants, v. Robert C. Turnbull and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.